UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VANESSA POWELL
    v.       Civil No.  3:05CV1811 (JBA)

ANDREW HARRIOTT

## DEFAULT JUDGMENT

This action came on for consideration before the Honorable Janet Bond Arterton, U.S.D.J. as a result of the plaintiff's motion to enter default judgment.

On April 19, 2006, a default was entered against the defendant Andrew Harriott. The plaintiff filed a motion for default judgment which was granted as modified after review and absent objection on August 14, 2006, in the amount of $4,913.27 for damages and $ 6,829.50 in attorney's fees and costs for a total award of $11,742.77.

Therefore, it is hereby **ORDERED** and **ADJUDGED** that judgment is entered in favor of the plaintiff against the defendant, for a total award of $11,742.77 and the case is closed.

Dated at New Haven, Connecticut : August 15, 2006

KEVIN F. ROWE, Clerk

EOD_____

_____/s/_____
Betty J. Torday
Deputy Clerk